**BOND MODIFICATION COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | Cruz-Velasquez, Larissa |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-CR-00474-EMC |
| **Date:** | March 21, 2024 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Jalei Kinder | (510) 637-3754 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court.  Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____ .

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____  Presiding  District Court Judge _____

☒ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following conditions are removed:**

1. *The defendant must submit to location monitoring as directed by Pretrial Services.*

**The following conditions are added:**

1. *The defendant's sister and custodian, Jennifer Cruz-Velasquez, must ensure the defendant continues to observe a daily curfew and remain at her residence between the hours of 7:00 p.m. and 7:00 a.m.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions: <u>***Pretrial Services will advise the defendant's custodian of her responsibility to ensure the defendant abides by her court ordered curfew and report any violations to Pretrial Services.***</u>
_____

_____    March 21, 2024
**JUDICIAL OFFICER**                               **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge