## VIOLATION COVER SHEET

**TO:** The Honorable Thomas S. Hixson  
U.S. Magistrate Judge

**RE:** CRUZ-VELASQUEZ, Larissa

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** 3:23-CR-00474-EMC

**Date:** September 16, 2024

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Jalei Kinder  
U.S. Pretrial Services Officer

(510) 637-3754  
**TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _Ctrm. A - 15th Floor_ on _September 18, 2024_ at _10:30 AM on the Duty_ Calendar

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

**The following conditions are removed:**

**The following conditions are added:**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☑ Other Instructions:  
_Judge Hixson will hear this matter on Judge Tse's Duty Calendar at the end of the duty calendar._

_____  
**Honorable Thomas S. Hixson,**  
**United States Magistrate Judge**

September 16, 2024  
**DATE**