BOND MODIFICATION COVER SHEET

TO: The Honorable Thomas S. Hixson  
U.S. Magistrate Judge

RE: CRUZ-VELASQUEZ, Larissa

FROM: Silvio Lugo, Chief  
U.S. Pretrial Services Officer

Docket No.: 3:23-cr-00474-EMC

Date: November 12, 2024

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Jalei Kinder                                                     (510) 637-3754

U.S. Pretrial Services Officer                          **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**The following conditions are removed:**

**The following conditions are added:**

1. **The defendant must not use alcohol, at all, and must not use or possess any narcotic or controlled substances without a legal prescription, including marijuana.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions: _____

_[signature]_                                                  November 12, 2024  
**JUDICIAL OFFICER**                                   **DATE**

Hon. Thomas S. Hixson  
U.S. Magistrate Judge