JODI LINKER, Bar Number 230273
Federal Public Defender
Northern District of California
ANGELA CHUANG, Bar Number 313445
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:       Angela_chuang@fd.org

Counsel for Defendant CRUZ-VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 23–474 EMC |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE** |
| v. | |
| LARISSA YURIELY CRUZ-VELASQUEZ, | |
| Defendant. | |

The above titled matter is currently scheduled for a status conference on January 8, 2025 at 2:30 PM. The parties are continuing to discuss potential dispositions, which will depend to some extent on continued monitoring of how Ms. Cruz-Velasquez performs on pretrial release in the coming months. Undersigned counsel also continues to review discovery that has been produced by the government. The parties therefore stipulate that the presently scheduled hearing shall be vacated and that the case shall be continued to March 19, 2025, at 2:30 PM for a status conference on the Court's Zoom calendar.

1  The parties further stipulate that time should be excluded from computation under the
2  Speedy Trial Act until March 19, 2025, to allow for the effective preparation of counsel. *See* 18
3  U.S.C. § 3161(h)(7)(B)(iv). The parties agree that the ends of justice served by ordering this
4  continuance outweigh the best interest of the public and this defendant's right to a speedy trial,
5  and merits this exclusion of time. *See* 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO STIPULATED.

| January 6, 2025 | ISMAIL J. RAMSEY |
| Dated | United States Attorney |
|  | Northern District of California |

    /S
JOHN ULLOM
Special Assistant United States Attorney

| January 6, 2025 | JODI LINKER |
| Dated | Federal Public Defender |
|  | Northern District of California |

    /S
ANGELA CHUANG
Assistant Federal Public Defender

**[~~PROPOSED~~] ORDER**

For the reasons stated above, the Court CONTINUES this case to March 19, 2025, at 2:30 PM for status via Zoom.

The Court also finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from January 6, 2025 through March 19, 2025 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

DATED: 01/07/2024

_____
EDWARD M. CHEN
United States District Judge