## BOND MODIFICATION COVER SHEET

| | | | |
|---|---|---|---|
| **TO:** | The Honorable Thomas S. Hixson<br>U.S. Magistrate Judge | **RE:** | CRUZ-VELASQUEZ, Larissa |
| **FROM:** | Silvio Lugo, Chief<br>U.S. Pretrial Services Officer | **Docket No.:** | 3:23-CR-00474-EMC |
| **Date:** | February 7, 2025 | | |

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| Jalei Kinder | (510) 637-3754 |
| U.S. Pretrial Services Officer | **TELEPHONE NUMBER** |

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☒ I ~~agree with the recommendation of the Pretrial Services Officer and~~ hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

**The following conditions are removed:**

1. *Defendant must remain in the custody of custodian Jennifer Cruz-Velasquez at 111 Preda Street, San Leandro. The custodian must supervise defendant and report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.*

**The following conditions are added:**

1. *The defendant must remain at her residence at all times except for employment; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-approved obligations; or other essential activities approved in advance by Pretrial Services.*
2. *The defendant must submit to location monitoring as directed by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____     __February 7, 2025_____
**JUDICIAL OFFICER**                    **DATE**

Hon. Thomas S. Hixson

U.S. Magistrate Judge