1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  SARA E. HENDERSON (CABN 329977)
   Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7181
7      FAX: (415) 436-7234
       Sara.Henderson@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA, | ) | NO. 23-CR-00474 EMC |
   |                           | ) |                     |
14 |     Plaintiff,            | ) | NOTICE OF DISMISSAL |
   |                           | ) |                     |
15 |     v.                    | ) |                     |
   |                           | ) |                     |
16 | LARISSA YURIELY CRUZ-VELASQUEZ, | ) | |
   |                           | ) |                     |
17 |     Defendant.            | ) |                     |

18

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20 States Attorney for the Northern District of California dismisses the above indictment against Larissa

21 Yuriely Cruz-Velasquez.

22
   DATED: August 19, 2025                           Respectfully submitted,
23
                                                  CRAIG H. MISSAKIAN
24                                                   United States Attorney

25
                                                  */s/ Martha Boersch*
26                                                 MARTHA BOERSCH
                                                  Chief, Criminal Division
27

28

NOTICE OF DISMISSAL
No. 23-cr-00474 EMC

1      Leave is granted to the government to dismiss the indictment against Larissa Yuriely Cruz-
2  Velasquez.

5  Date: August 21, 2025

                                              HON. EDWARD M. CHEN
                                              United States District Judge

NOTICE OF DISMISSAL
No. 23-cr-00474 EMC